IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| OVITA MILLER, by and through Plaintiff's Co-Administrators Ad Litem, Johnny Miller and Sarah Purviance, | ) ) ) ) ) | |
| Plaintiff, | ) ) | CASE NO. 3:13-cv-01440 JUDGE TRAUGER |
| v. | ) ) | |
| DEPARTMENT OF ARMY, JOHN M. MCHUGH, SECRETARY OF THE ARMY, | ) ) ) ) | |
| Defendant. | ) | |

**AGREED ORDER FOR EXTENSION OF DEADLINES**

For good cause shown, the following deadlines are extended:

1) Discovery Deadline is extended from April 30, 2015, until **May 29, 2015;**

2) Defendants' time to supplement or amend its pending Motion for Summary Judgment shall be extended to **June 19, 2015;**

3) Plaintiff's response to the Motion for Summary Judgment shall be extended to **July 13, 2015;**

4) Any reply shall be filed by **July 27, 2015;**

5) This will still provide 90 days from the date of the last filing upon the dispositive motion and the trial date.

IT IS SO ORDERED this the ___1st___ day of May, 2015.

_____
Aleta Trauger
UNITED STATES DISTRICT JUDGE


APPROVED FOR ENTRY:


| | |
|---|---|
| s/Michael Roden | s/Debra A. Wall_____ |
| MICHAEL RODEN | DEBRA A. WALL, BPR #11331 |
| Asisstant U.S. Attorney | Attorney for Plaintiff |
| 110 9th Ave. South | 133 Franklin Street |
| Suite A-961 | Clarksville, TN 37040 |
| Nashville, TN 37203 | Telephone:(931) 906-3904 |
| Telephone: (615) 736-5151 | Facsimile: (931) 906-3908 |
| | E-mail debraawall@msn.com |